EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re: <br><br> Elaine M. Vélez Torres <br> (TS-12,858) | 2024 TSPR 103 <br><br> 214 DPR ___ |

Número del Caso:  AB-2020-0048


Fecha:  20 de septiembre de 2024


Oficina de Inspección de Notarías:

       Lcdo. Manuel E. Ávila De Jesús
       Director


Representante Legal de la peticionaria:

       Lcdo. Luis E. Miñana Rodríguez-Feo


Materia:  Reinstalación al ejercicio de la notaría.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Elaine M. Vélez Torres
     (TS-12,858)               AB-2020-0048

RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de septiembre de 2024.

Examinada la *Moción en cumplimiento de orden* presentada por la Lcda. Elaine M. Vélez Torres, así como la *Moción en cumplimiento de orden* presentada por la Oficina de Inspección de Notarías (ODIN), se ordena el archivo de la queja. Se apercibe a la letrada que en el futuro deberá cumplir estricta y fielmente con la Ley Notarial y su Reglamento.

Del mismo modo, se reinstala a la licenciada Vélez Torres al ejercicio de la notaría, condicionado a que nos acredite la adquisición de una fianza notarial buena y válida. Una vez cumpla con lo anterior y se emita la resolución correspondiente aprobando la fianza notarial y reinstalándola al ejercicio de la notaría, la licenciada Vélez Torres tendrá la obligación de recoger la obra protocolar depositada y custodiada en el Archivo general de Protocolos del Distrito Notarial de Caguas, así como su sello notarial en custodia de la ODIN.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Estrella Martínez no intervino.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo